US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAR 0 4 2020

DOUGLAS F. YOUNG, Clerk
By
           Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:20CR20009-001 |
| | ) | |
| v. | ) | 18 U.S.C. § 1546(a) |
| | ) | |
| LATEEF OLAMIDE BALOGUN | ) | |

## INDICTMENT

The Grand Jury Charges:

### COUNT ONE

On or about April 1, 2019, in the Western District of Arkansas, Fort Smith Division, the defendant, LATEEF OLAMIDE BALOGUN, did knowingly utter, use, attempt to use and possess a visa, namely, a United States B1/B2 visa number ending in 59900005, knowing that the United States B1/B2 visa number ending in 59900005 was procured by means of any false claim and statement and to have been otherwise procured by fraud and unlawfully obtained.

All in violation of Title 18, United States Code, Section 1546(a).

A True Bill.

*/s/Grand Jury Foreperson*
Grand Jury Foreperson

DAVID CLAY FOWLKES
ACTING UNITED STATES ATTORNEY

By: *Kyra Jenner*
Kyra E. Jenner
Assistant U. S. Attorney
Arkansas Bar No. 2000041
414 Parker Avenue
Fort Smith, AR 72901
Telephone: 479-783-5125
E-mail: Kyra.Jenner@usdoj.gov